974

The People of the State of Illinois, Plaintiff-Appellee, *v.* Anthony W. Luster, Defendant-Appellant.

(No. 57621;

First District (1st Division)—June 18, 1973.

Opinion by Mr. JUSTICE GOLDBERG.

James J. Doherty, Public Defender, of Chicago, (Shelvin Singer, Assistant Public Defender, of counsel,) for appellant.

Bernard Carey, State's Attorney, of Chicago, (Kenneth L. Gillis and James M. Schreier, Assistant State's Attorneys, of counsel,) for the People.

The People of the State of Illinois, Plaintiff-Appellee, *v.* Richard Long, Defendant-Appellant.

(No. 11510;

Fourth District—June 27, 1973.

*Rehearing denied August 1, 1973.*